# Third District Court of Appeal

## State of Florida

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-18
Lower Tribunal No. 18-38289
_____

**Johanni Rijo Jimenez,**
Appellant,

vs.

**Carnival Corporation, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Billera Law, PLLC, John F. Billera and Jessica P. Quiggle (Boca Raton); Christopher J. Bailey, for appellant.

Coffey Burlington, P.L., and Jeffrey B. Crockett, Paul J. Schwiep and John E. Thornton, Jr., for appellee.

Before EMAS, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.  See Clark v. Celebrity Cruises, Inc., 271 So. 3d 1169 (Fla. 3d DCA 2019); Durkovic v. Park West Galleries, Inc., 217 So. 3d 159 (Fla. 3d DCA 2017).